UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA; and THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, WISCONSIN, THE COMMONWEALTHS OF MASSACHUSETTS and VIRGINIA, and THE DISTRICT OF COLUMBIA,<br><br>ex rel. HELEN GE, M.D.<br><br>    PLAINTIFFS AND RELATOR,<br><br>v.<br><br>TAKEDA PHARMACEUTICAL COMPANY LIMITED; and<br>TAKEDA PHARMACEUTICALS NORTH AMERICA, INC.<br><br>    DEFENDANTS. | CIVIL ACTION NO.<br><br>1-11-cv-10343-PBS |

## ASSENTED TO MOTION TO EXTEND DEADLINES

Defendants Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc., f/k/a Takeda Pharmaceuticals North America, Inc., hereby move, with the assent of the plaintiffs and without waiver of any defenses that may be presented pursuant to Federal Rule of Civil Procedure 12(b) or otherwise (other than insufficiency of service of process), for an extension of the deadline to move, answer, or otherwise respond to Plaintiffs' Amended Complaint until **April 20, 2012**. A response from Takeda Pharmaceuticals U.S.A., Inc., f/k/a Takeda Pharmaceuticals North America, Inc., is currently due on February 17, 2012; the

allowance of this motion will resolve any dispute respecting the deadline for a response by Takeda Pharmaceutical Company Limited.

In support of this motion, Defendants state that they require additional time to adequately prepare a response to Plaintiffs' Amended Complaint and that no prior extensions have been given.

WHEREFORE, Defendants respectfully request that the Court extend the deadline to move, answer, or otherwise respond to Plaintiffs' Complaint until **April 20, 2012**.

Respectfully Submitted,

TAKEDA PHARMACEUTICAL COMPANY LIMITED and TAKEDA PHARMACEUTICALS, U.S.A., INC.

By their attorneys,

/s/ Christopher M. Morrison
Christopher M. Morrison (BBO# 651335)
JONES DAY
100 High Street
Boston, MA  02110-1781
Telephone:  (617) 449-6895
Facsimile:   (617) 449-6999
cmorrison@jonesday.com

Date:  February 13, 2012

### RULE 7.1(A)(2) CERTIFICATION

I certify that I conferred with counsel for Plaintiffs, Michael Sullivan, who assented to the relief sought in this Motion.

/s/ Christopher M. Morrison
Christopher M. Morrison

## **CERTIFICATE OF SERVICE**

      I hereby certify that this NOTICE OF APPEARANCE filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 13, 2012.

                                                    /s/ Christopher M. Morrison
                                                    Christopher M. Morrison

BOI-9448v1
Last Edited: 02/13/12