**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, and | ) |
| THE STATES OF CALIFORNIA, | ) |
| DELAWARE, FLORIDA, GEORGIA, HAWAII, | ) |
| ILLINOIS, INDIANA, LOUISIANA, | ) |
| MICHIGAN, MONTANA, NEVADA, | ) |
| NEW HAMPSHIRE, NEW JERSEY, NEW YORK, | ) Civil Action No. 11 CA 10343 (PBS) |
| NEW MEXICO, NORTH CAROLINA, TENNESSEE, | ) |
| TEXAS, WISCONSIN, and | ) |
| THE COMMONWEALTHS OF | ) |
| MASSACHUSETTS and VIRGINA, and | ) |
| THE DISTRICT OF COLUMBIA | ) |
| *ex rel*. HELEN GE, M.D. | ) |
| Plaintiffs, | ) |
| v. | ) |
| TAKEDA PHARMACEUTICAL CO., Ltd., et al. | ) |
| Defendants. | ) |
| | ) |

## ~~PROPOSED~~ ORDER

The above-named States have notified the Court of their decision not to intervene in this action pursuant to their respective State statutes. Accordingly, the Court rules as follows.

IT IS ORDERED that:

1.    The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the above States;

2.    The above States may order any deposition transcripts;

3.    The above States are entitled to intervene in this action, for good cause, at any time;

4.    All orders of this Court shall be sent to the above States; and

5.    If the relator proposes that her action on behalf of any of the above States be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the above States before ruling or granting its approval.

Entered this ___8___ day of ___March 2012___

_____
United States District Judge