IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA; and THE STATES OF CALIFORNIA, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, WISCONSIN, THE COMMONWEALTHS OF MASSACHUSETTS and VIRGINIA, and THE DISTRICT OF COLUMBIA, | CIVIL ACTION NO.  1:11-cv-10343-PBS |

ex rel. HELEN GE, M.D.

    PLAINTIFFS AND RELATOR,

v.

TAKEDA PHARMACEUTICAL COMPANY
LIMITED; and
TAKEDA PHARMACEUTICALS NORTH
AMERICA, INC.

    DEFENDANTS

## ASSENTED TO FILING OF SECOND AMENDED COMPLAINT

Pursuant to the Federal Rules of Civil Procedure 15 with regards to amended and supplemental pleadings, Plaintiffs and Relator Helen Ge hereby represent that they have obtained the written assent of the opposing party, TAKEDA PHARMACEUTICAL COMPANY LIMITED and TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., through their counsel, Christopher Morrison, to the filing of Plaintiffs and Relators Second Amended False Claims Act Complaint in the above referenced action.

WHEREFORE, Plaintiffs and Relator respectfully request the Court allow the filing of Plaintiff's Second Amended False Claims Act Complaint in the above referenced action.

Dated:  March 28, 2012                                  Respectfully submitted,

/s/ Michael Sullivan
Michael Sullivan, BBO # 487210
John Ratcliffe
ASHCROFT SULLIVAN, LLC
One Post Office Square
Suite 3750
Boston, MA 02109
Telephone: (617) 573-9400
Facsimile: (617) 573-9400

Michael L. Baum, Esq.
Ronald L. M. Goldman, Esq.
Bijan Esfandiari, Esq.
A. Ilyas Akbari, Esq.
BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
*Attorneys for Relator, Helen Ge, M.D.*

**RULE 7.1(A)(2) CERTIFICATION**

I, Michael J. Sullivan, hereby certify that I conferred with counsel for the United States and counsel for Takeda Pharmaceuticals North America, Inc. before filing the Second Amended False Claims Act Complaint.  Neither the United States nor Takeda oppose the filing.

/s/ Michael J. Sullivan_____
Michael J. Sullivan

CERTIFICATE OF SERVICE

      I, Michael J. Sullivan, hereby certify that this notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 28, 2012.

      /s/Michael J. Sullivan_____
      Michael J. Sullivan