UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA et al. ex rel. HELEN GE, M.D. | ) ) ) ) | |
| Plaintiffs and Relator, | ) ) | Civil Action No. 10-11043-FDS |
| v. | ) ) | |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED and TAKEDA PHARMACEUTICALS U.S.A., INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC. | ) ) ) ) ) ) | **ORAL ARGUMENT REQUESTED** |
| Defendants. | ) | |

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA et al. ex rel. HELEN GE, M.D. | ) ) ) ) | |
| Plaintiffs and Relator, | ) ) | Civil Action No. 11-10343-FDS |
| v. | ) ) | |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED and TAKEDA PHARMACEUTICALS U.S.A., INC., f/k/a TAKEDA PHARMACEUTICALS NORTH AMERICA, INC. | ) ) ) ) ) ) | **ORAL ARGUMENT REQUESTED** |
| Defendants. | ) | |

_____

**DEFENDANTS TAKEDA PHARMACEUTICAL COMPANY LIMITED'S AND
TAKEDA PHARMACEUTICALS U.S.A. INC.'S JOINT MOTION TO DISMISS
RELATOR'S SECOND AMENDED QUI TAM COMPLAINTS**

Defendants Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals

U.S.A., Inc., f/k/a Takeda Pharmaceuticals North America, Inc. hereby move to dismiss the

Complaints in these actions in their entirety and with prejudice.  As set forth in Defendants'

accompanying memorandum of law, both Complaints should be dismissed pursuant to Fed. R.

Civ. P. 12(b)(6) and 9(b) because Relator has not pled a plausible claim under the Federal False

Claims Act and her allegations do not satisfy the heightened pleading requirements applicable to

these claims.  In addition, Relator's state-law claims must be dismissed on the separate grounds

that they are preempted by federal law and also because in light of the multiple dispositive

deficiencies concerning Relator's federal causes of action, there is no reason for this Court to

exercise supplemental jurisdiction over any state-law claims.

**REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request a hearing on this motion pursuant to Local Rule 7.1(D),

to the extent that the Court does not summarily grant this motion and dismiss the Complaints in

their entirety and with prejudice.

**LOCAL RULE 7.1 CERTIFICATION**

I certify that on May 10, 2012 I conferred with counsel for Plaintiffs and Relator, who do

not assent to the relief sought in this motion.

/s/Christopher M. Morrison
Christopher M. Morrison

Dated: May 11, 2012
Boston, Massachusetts

Respectfully submitted,

DEFENDANTS TAKEDA PHARMACEUTICAL
COMPANY LIMITED AND TAKEDA
PHARMACEUTICALS U.S.A., INC., f/k/a TAKEDA
PHARMACEUTICALS NORTH AMERICA, INC.,

By their counsel,

/s/ Christopher M. Morrison
Christopher M. Morrison (BBO #651335)
JONES DAY
100 High Street, 22nd Floor
Boston, Massachusetts 02110
Telephone:  (617) 960-3939
Facsimile:  (617) 449-6999
cmorrison@jonesday.com

Lee Ann Russo
Morgan R. Hirst
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585
larusso@jonesday.com
mhirst@jonesday.com

## CERTIFICATE OF SERVICE

I, Christopher M. Morrison, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 11, 2012.

/s/ Christopher M. Morrison
Christopher M. Morrison