UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**United States of America et al,**
      **Plaintiffs,**

    v.

**Takeda Pharmaceutical Co. Ltd. et al,**
      **Defendants.**

CIVIL ACTION

NO. <u>11-10343-FDS</u>

## ORDER OF DISMISSAL

<u>Saylor, D. J.</u>                                                                                 November 01, 2012

In accordance with the Court's Memorandum and Order issued on November 01, 2012, granting the defendants' motion to dismiss, it is hereby ORDERED that the above-entitled action be dismissed.

So Ordered.

F. DENNIS SAYLOR, IV
UNITED STATES DISTRICT JUDGE

By the Court:   <u>/s/ Pietro Cicolini</u>
                        **Deputy Clerk**